UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WELTON JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WESTERN HOTEL & CASINO, a Nevada limited liability company; PLAYLV GAMING OPERATIONS, LLC, a Nevada limited liability company,<br><br>    Defendants. | 2:10-CV-01590-PMP-RJJ<br><br>**ORDER** |

      Before the Court for consideration is Defendants' fully briefed Motion for Summary Judgment (Doc. #21), filed on December 24, 2010. Plaintiff responds that Defendants' Motion for Summary Judgment is premature and that summary judgment should only be considered after the parties have had the opportunity to complete discovery.  The Court agrees.

      **IT IS THEREFORE ORDERED that** Defendants' Motion for Summary Judgment (Doc. #21) is **DENIED** without prejudice to renew the same following the completion of discovery in this case.

DATED: February 14, 2011.

 

_____
PHILIP M. PRO
United States District Judge