# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELTON JOHNSON, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01590-PMP-RJJ |
| vs. | ) **ORDER** |
| WESTERN HOTEL & CASINO, *et al.*, | ) |
| Defendants. | ) |

Based on a scheduling conflict of the court,

**IT IS ORDERED** that:

1. The ENE Conference, currently scheduled for April 1, 2011, at 9:30 a.m. before the undersigned, is **VACATED** and **CONTINUED** to **April 19, 2011,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

Dated this 25th day of March, 2011.

_____
Peggy A. Leen
United States Magistrate Judge