UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WELTON JOHNSON,

        Plaintiff,

vs.

WESTERN HOTEL & CASINO, et al.

        Defendant(s).

Case No. 2:10-cv-01590-PMP-RJJ

**ORDER**

The Early Neutral Evaluation was inadvertently set on the Passover holiday. At the request of counsel,

**IT IS ORDERED** that:

1. The ENE Conference currently scheduled for April 19, 2011, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to **July 1, 2011,** at **9:00 a.m.,** in Chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

Dated this 1st day of April, 2011.

_Peggy A. Leen_
Peggy A. Leen
United States Magistrate Judge