UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

WELTON JOHNSON,

    Plaintiff(s),

vs

WESTERN HOTEL & CASINO, et al.

    Defendant(s).

Case # 2:10-CV-1590-PMP-RJJ

ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

This case is currently stacked on the calendar on **Tuesday, July 24, 2012,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Robert J. Johnston** for a settlement conference.

DATED this 28th day of December, 2011.

*[signature]*

PHILIP M. PRO, U.S. DISTRICT JUDGE