UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELTON JOHNSON, | 2:10-CV-01590-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| WESTERN HOTEL & CASINO, et al., | |
| Defendants. | |

Having read and considered Plaintiff's Motion in Limine to Exclude Evidence of Felony Convictions (Doc. #62), Defendants' Response in Opposition thereto (Doc. #64) and the arguments of counsel presented at the hearing conducted July 23, 2012 and finding that the evidence of Plaintiff's criminal history is relevant and not unreasonably prejudicial for the purpose of limiting Plaintiff's damages claim and for demonstrating falsehood in Plaintiff's employment application, and good cause appearing,

**IT IS ORDERED** that Plaintiff's Motion in Limine (Doc. #62) is **DENIED**.

DATED: August 7, 2012.

_____
PHILIP M. PRO
United States District Judge