UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WELTON JOHNSON,<br><br>          Plaintiff,<br><br>v.<br><br>WESTERN HOTEL & CASINO;<br>PLAYLV GAMING OPERATIONS, LLC;<br>DOES 1 through 20 and ROE<br>CORPORATIONS 1 through 20, inclusive,<br><br>          Defendants. | 2:10-CV-01590-PMP-NJK<br><br>O R D E R |

This case is currently stacked on the November 5, 2013, Trial Calendar of for a jury trial.

IT IS ORDERED that this case is hereby referred to Magistrate Judge Nancy J. Koppe for a settlement conference.

DATED: August 9, 2013

_____
PHILIP M. PRO
United States District Judge