# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELTON JOHNSON,            )<br>                                          )<br>            Plaintiff(s),        )<br>                                          )<br>vs.                                     )<br>                                          )<br>WESTERN HOTEL & CASINO, et al., )<br>            Defendant(s).      )<br>_____) | Case No. 2:10-cv-01590-PMP-NJK<br><br>ORDER RE: SETTLEMENT<br>CONFERENCE |

The Court has received a letter from Defendants' counsel indicating that he believes the settlement conference will be futile and should be cancelled. Docket No. 77. The proper procedure for requesting such relief from the Court is through a motion or stipulation, not a letter. *See, e.g.*, Local Rules 7-1, 7-2. As such, the Court hereby ORDERS the parties to confer with one another regarding the utility of a further settlement conference. If Defendants continue to believe a further settlement conference would not be useful, Defendants shall file, no later than August 22, 2013, either a stipulation or a motion seeking relief from the Court's order scheduling the settlement conference. To the extent any such motion is opposed, the response shall be filed no later than August 26, 2013.

   IT IS SO ORDERED.

   DATED: August 16, 2013

                                          _____
                                          NANCY J. KOPPE
                                          United States Magistrate Judge