EXHIBIT LIST            page 1

Case #         2:10-cv-01590-PMP-NJK
Caption:       JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 1 | | |
| | | | | Plaintiff's EEOC file received pursuant to a Freedom of Information Act request |
| | | 2 | | Defendant PlayLV Gaming Operations, LLC's Responses to Plaintiff's First Requests for Production of Documents |
| | | 3 | | Defendant PlayLV Gaming Operations Responses to Plaintiff's First Set of Interrogatories |
| | | 4 | | Defendant Western Hotel & Casino's Responses to Plaintiff's Interrogatories |
| | | 5 | | Defendant Western Hotel & Casino's First Amended Responses to Plaintiff's Interrogatories. |

EXHIBIT LIST          page 2

Case #          2:10-cv-01590-PMP-NJK
Caption:        JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 6 | | Defendant Western Hotel & Casino's Second Amended Responses to Plaintiff's Interrogatories |
| | | 7 | | Defendant Western Hotel & Casino's Third Amended Responses to Plaintiff's Interrogatories |
| | | 8 | | Defendant Western Hotel & Casino's Responses to Plaintiff's Request for Production of Documents. |
| | | 9 | | Defendant Western Hotel & Casino's First Amended Responses to Plaintiff's Request for Production of Documents |
| | | 10 | | Defendant Western Hotel & Casino's Second Amended Responses to Plaintiff's Request for Production of Documents |

EXHIBIT LIST          page 3

Case #          2:10-cv-01590-PMP-NJK
Caption:        JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 11 | | |
| | | | | Defendant Western Hotel & Casino's Third Amended Responses to Plaintiff's Request for Production of Documents |
| | | 12 | | |
| | | | | Defendant Western Hotel & Casino's Fourth Amended Responses to Plaintiff's Request for Production of Documents. |
| | | 13 | | |
| | | | | Exhibit 22 from the Deposition of Henry Terry, "Affidavit of Henry Terry in Support of Defendants' Motion for Summary Judgment on All Counts." |
| | | 14 | | Exhibit Plaintiff 1 from the Deposition of Paulette Swenson, "Defendant Western Hotel & Casino's Second Amended Responses to Plaintiff's Interrogatories |
| | | 15 | | |
| | | | | Exhibit Plaintiff 2 from the Deposition of Paulette Swenson, "Play LV Team Member Handbook |

EXHIBIT LIST            page 4


Case #         2:10-cv-01590-PMP-NJK
Caption:       JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 16 | | |
| | | | | Exhibit Plaintiff 3 from the Deposition of Paulette Swenson, " Affidavit of Paulette Swenson in Support of Defendant's Motion for Summary |
| | | 17 | | |
| | | | | Exhibit Plaintiff 4 from the Deposition of Paulette Swenson, "Defendant Western Hotel & Casino's First Amended Responses to Plaintiff's Request for Production of Documents |
| | | 18 | | Exhibit Plaintiff 5 from the Deposition of Paulette Swenson, "Appropriate Use of Force document completed by Welton Johnson on August 17, 2004 |
| | | 19 | | Exhibit Plaintiff 6 from the Deposition of Paulette Swenson, "Application for Employment completed by Welton Johnson, dated May 31, 2006 |
| | | 20 | | |
| | | | | Exhibit Plaintiff 7 from the Deposition of Paulette Swenson, "Security Department Standard Operating Procedure |

EXHIBIT LIST            page 5

Case #        2:10-cv-01590-PMP-NJK
Caption:      JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 21 | | |
| | | | | Exhibit Plaintiff 8 from the Deposition of Paulette Swenson, "December 2, 2006 Surveillance Department Incident Report |
| | | 22 | | |
| | | | | Exhibit Plaintiff 9 from the Deposition of Paulette Swenson, "Email chain beginning with December 7, 2006 from Debra Knowles to Paulette |
| | | 23 | | Exhibit Plaintiff 10 from the Deposition of Paulette Swenson, "December 2, 2006 Security Department Incident Report |
| | | 24 | | Exhibit Plaintiff 11 from the Deposition of Paulette Swenson, "December 5, 2007 letter written by Paulette Swenson |
| | | 25 | | Exhibit Plaintiff 12 from the Deposition of Paulette Swenson, "October 19, 2005 Record of Counseling |

EXHIBIT LIST          page 6

Case #          2:10-cv-01590-PMP-NJK
Caption:        JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:  **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 26 | | |
| | | | | Exhibit Plaintiff 13 from the Deposition of Paulette Swenson, "February 11, 2005 Record of Counseling |
| | | 27 | | |
| | | | | Exhibit Plaintiff 14 from the Deposition of Paulette Swenson, "March 17, 2004 Employee Counseling/Separation Form |
| | | 28 | | |
| | | | | Exhibit Plaintiff 15 from the Deposition of Paulette Swenson, "March 20, 2006 Record of Counseling |
| | | 29 | | |
| | | | | Exhibit Plaintiff 16 from the Deposition of Paulette Swenson, "December 26, 2006 Security Department |
| | | 30 | | |
| | | | | Exhibit Plaintiff 17 from the Deposition of Paulette Swenson, "March 10, 2007 Security Department Incident Report |

EXHIBIT LIST          page 7

Case #          2:10-cv-01590-PMP-NJK
Caption:        JOHNSON v WESTERN HOTEL & CASINO, et al.
Exhibits for:   **Plaintiff Welton Johnson**

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 31 | | Exhibit Plaintiff 18 from the Deposition of Paulette Swenson, "March 16, 2007 Team Member Incident Report |
| | | 32 | | Exhibit Plaintiff 19 from the Deposition of Paulette Swenson, "May 22, 2006 Rec ord of Counseling and March 23, 2004 Employee Counseling Separation Form |
| | | 33 | | Exhibit Plaintiff 20 from the Deposition of Paulette Swenson, "December 3, 2006 Guest Accident/Injury Report |
| | | 34 | | Exhibit Plaintiff 20 from the Deposition of Paulette Swenson, "December 3, 2006 Guest Accident/Injury Report |
| | | 35 | | Video evidence of Security Camera Footage involving Plaintiff Welton Johnson |