**COGBURN LAW OFFICES**
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
alr@cogburnlaw.com
LARSON A. WELSH, ESQ.
Nevada Bar No. 12517
lw@cogburnlaw.com
2879 St. Rose Parkway, Suite 200
Henderson, NV 89052
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Plaintiff WELTON JOHNSON

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| WELTON JOHNSON, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WESTERN HOTEL & CASINO, a Nevada limited liability company; PLAYLV GAMING OPERATIONS, a Nevada limited liability company; DOES I through X, inclusive; ROE CORPORATIONS, I through X, inclusive,<br>                    Defendants. | **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**<br><br>**Trial date: December 2, 2013**<br><br>**Honorable Philip M. Pro** |

Plaintiff Welton Johnson requests that, at such time as voir dire of the jury venire is conducted, the Court ask the jury each of the attached questions number 1 through 6.

Dated this __ day of November, 2013

Respectfully submitted,

**COGBURN LAW OFFICES**

By: /s/ Andrew Rempfer
ANDREW L. REMPFER, ESQ.
Nevada Bar No.: 8628
LARSON A. WELSH, ESQ.
Nevada Bar No. 12517
2879 St. Rose Parkway Suite 200
Henderson, NV 89052
Attorneys for Plaintiff

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 1**

Does anyone on the this panel know:

- Paulette Swenson
- Henry Terry
- Brian Smith
- Deborah Knowles
- Frank Hingeda
- any former employee, owner or agent of Western Hotel & Casino
- any employee, owner or agent of PlayLV Gaming Operations, LLC

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 2**

The facts in this case include Plaintiff Welton Johnson's employment relationship with Defendants Western Hotel & Casino and PlayLV Gaming Operations, LLC. Does anyone on the panel have any knowledge of this case?

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 3**

Are there any members of this panel who are or have worked in the security industry, or who have family members or close friends who are so employed?

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 4**

Are there any members of this panel who are or have been engaged in or employed in the hotel industry, or who have family members or close friends who are so employed?

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 5**

Are there any members of this panel who feel for any reason not discussed, that they could not sit and hear this case and thereafter render a verdict which would be fair and impartial to both the Plaintiff and the Defendant under the evidence as it may be presented?

**PLAINTIFF'S REQUESTED VOIR DIRE**
**QUESTION NUMBER 6**

If you determine that the Defendants discriminated against the Plaintiff on the basis of race, would you, for any reason, be unable to award statutory damages as instructed by the Court in addition to actual damages?

COGBURN LAW OFFICES
2879 St. Rose Pkwy, Suite 200
Henderson, NV 89052
(702) 384-3616  FAX: (702) 943-1936