UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| WELTON JOHNSON, | ) | |
| Plaintiff, | ) | 2:10-CV-1590-PMP-NJK |
| v. | ) | |
| WESTERN HOTEL & CASINO and PLAYLV GAMING OPERATIONS, | ) | ORDER |
| Defendants. | ) | |

The Court having been advised that this action settled, IT IS ORDERED that this case be closed.

DATED: January 10, 2014

PHILIP M. PRO
United States District Judge